IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:16-CR-00090 |
| | : (JUDGE MARIANI) |
| CHARLES MUSTO, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 28TH DAY OF MAY, 2019**, for the reasons set forth in this Court's accompanying memorandum opinion, Defendant's Motion *In Limine* (Doc. 109) is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge